# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Keith Curtis )
)
Plaintiff(s) )
) Case No. 13 C 3432
v. )
)
Costco Wholesale Corporation, et al. )
Defendant(s)

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

and against defendant(s)

in the amount of $ ,

which ☐ includes pre–judgment interest.

☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☑ in favor of defendant(s) Costco Wholesale Corporation and Gail Hinds

and against plaintiff(s) Keith Curtis.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Select a Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge Select a Judge without a jury and the above decision was reached.
☑ decided by Judge Samuel Der-Yeghiayan on a motion for summary judgment.

Date: September 24, 2014

Thomas G. Bruton, Clerk of Court

/s/ Michael Wing_____, Deputy Clerk